## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Brian J. GRADY, Respondent.

## No. 521 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

March 10, 2000.

### *ORDER*

PER CURIAM:

AND NOW, this 10th day of March, 2000, on certification by the Disciplinary Board that the respondent, BRIAN J. GRADY, who was suspended by Order of this Court dated July 15, 1999, for a period of six months, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, BRIAN J. GRADY, is hereby reinstated to active status, effective immediately.

■

## In the Matter of Dean Ian WEITZMAN.

## No. 563 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

March 13, 2000.

### *ORDER*

PER CURIAM:

AND NOW, this 13th day of March, 2000, a Rule having been entered by this Court on January 13, 2000, pursuant to Rule 214(d)(1), Pa.R.D.E., directing Dean Ian Weitzman to show cause why he should not be placed on temporary suspension and, upon consideration of the responses filed, it is hereby

ORDERED that the Rule is made absolute; Dean Ian Weitzman is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa. R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.

Justice ZAPPALA dissents.